

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC**.,
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

## O R D E R

The appellant's unopposed third motion for extension of time to file brief is hereby GRANTED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court